UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

GILBERTO VALLE,

             Defendant.

No. 12-CR-847 (PGG)

**NOTICE OF MOTION**

ORAL ARGUMENT REQUESTED

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Paul G. Gardephe, in the Southern District of New York, at a date and time to be set at the convenience of the Court, for an Order certifying pursuant to 28 U.S.C. § 2513 that: (1) Defendant Gilberto Valle's convictions were set aside on the ground that he was not guilty of the offenses charged; (2) Defendant Gilberto Valle's acts, deeds, or omissions constituted no offense against the United States, or any State, Territory, or the District of Columbia; and (3) Defendant Gilberto Valle did not by misconduct or neglect cause or bring about his own prosecution.

      Pursuant to Local Criminal Rule 49.1, opposition papers shall be filed and served within fourteen (14) days of service of the motion papers, and reply papers shall be filed and served within seven (7) days of the opposition papers.

Date:   May 27, 2016
       New York, New York

                                  EMERY CELLI BRINCKERHOFF
                                  & ABADY LLP

                                  By:         /s/
                                  Douglas E. Lieb
                                  600 Fifth Avenue, 10th Floor
                                  New York, NY 10020
                                  (212) 763-5000
                                  dlieb@ecbalaw.com
                                  *Attorney for Gilberto Valle*