RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
MICHELE YANKSON

February 12, 2019

**By ECF**

The Honorable Paul Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:     *United States v. Valle*, No. 12-CR-847

Your Honor:

     On behalf of Gilberto Valle, I write to respectfully request that the Court decide Mr. Valle's pending motion for a certificate of innocence (Dkt. #435), filed on May 27, 2016.

     A certificate of innocence is a prerequisite to Mr. Valle's claim for no-fault compensation for wrongful imprisonment under 28 U.S.C. § 2513.  That claim is governed by a jurisdictional six-year statute of limitations that is not subject to equitable tolling under any circumstances.  *See Zakiya v. United States*, 277 F. App'x 985, 988 (Fed. Cir. 2008).  The limitation period likely expires no later than July 1, 2020—six years from Mr. Valle's release from custody.

     We understand that the appeal of co-defendant Michael Vanhise remains pending in the Second Circuit.  Mr. Vanhise's opening brief on appeal is not due until April 2019, and that appeal may not be decided before Mr. Valle's claim becomes time-barred.

     We therefore respectfully request that the Court resolve the pending motion so that Mr. Valle has an opportunity to pursue relief if his motion is granted.

     Sincerely yours,

     /s/

     Douglas E. Lieb