# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

January 31, 2020

**By ECF and Fax**

The Honorable Paul Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Valle*, No. 12-CR-847

Your Honor:

   On behalf of Gilberto Valle, I write to respectfully request that the Court soon decide Mr. Valle's pending motion for a certificate of innocence (Dkt. #435), which was filed on May 27, 2016 and has been fully briefed since August 31, 2016.

   Today's issuance of the mandate by the Second Circuit in the appeal of co-defendant Michael Vanhise marks the end of all the related criminal proceedings.

   A certificate of innocence is a prerequisite to Mr. Valle's claim for no-fault compensation for wrongful imprisonment under 28 U.S.C. § 2513.  That claim is governed by a jurisdictional six-year statute of limitations that is not subject to equitable tolling.  *See Zakiya v. United States*, 277 F. App'x 985, 988 (Fed. Cir. 2008).  The limitation period may expire no later than **July 1, 2020**—six years from Mr. Valle's release from custody.

   We therefore respectfully request that the Court decide the pending motion as soon as possible.  It is important that the motion be resolved soon to allow Mr. Valle to pursue relief if the motion is granted.

       Sincerely yours,

       /s/

       Douglas E. Lieb